**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/6/2021

May 5, 2021

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Sanchez v. PeopleMedia Inc.: Case No. 1:20-cv-10982-MKV

Dear Judge Vyskocil:

We represent defendant PeopleMedia, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Christian Sanchez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 5, 2021 to June 21, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel

> **DENIED. The Court's previous order extending Defendant's time to respond stated that no further extensions would be granted.  Moreover, the Court's Individual Practices require that requests for adjournment of deadlines be filed at least 72 hours in advance.  This request is not timely.  Because the deadline for Defendant's response to the complaint has passed, due to counsel's untimely request, the Court sua sponte extends Defendant's time to respond to May 7, 2021. Defendant's response to the complaint must be received by that date.  Failure to comply with this order may result in sanctions.  If the Parties have reached a settlement in principle of this action, they may file a joint letter on the docket informing the Court, at which time the Court will dismiss the action with leave to reopen within one month. SO ORDERED.**
>
> Date: 5/6/2021                          *Mary Kay Vyskocil*
> New York, New York                   Mary Kay Vyskocil
>                                       United States District Judge

US_Active\118152334\V